UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TROY M. PADGETT,

    Plaintiff,

v.                                    Case No: 3:13-cv-325-J-39PDB

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Report and Recommendation (Doc. 20) issued by Magistrate Judge Patricia Barksdale recommending that this action be dismissed for failure to properly effect service under Rule 4(m) of the Federal Rules of Civil Procedure and for failure to prosecute pursuant to Rule 3.10(a) of the Local Rules for the Middle District of Florida. Plaintiff, who is proceeding *pro se*, has not filed an objection to the findings and recommendation of the Magistrate Judge and the time for doing so has passed.

Accordingly, upon independent review of the file and for the reasons stated in the Report and Recommendation issued by the Magistrate Judge, it is hereby

**ORDERED AND ADJUDGED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 20) is **ADOPTED** as the opinion of the Court.

2. This action is dismissed without prejudice. The Clerk shall close the file and enter judgment in favor of Defendant and against Plaintiff.

**DONE** and **ORDERED** in Jacksonville, Florida this 10th day of April, 2014.

BRIAN J. DAVIS
United States District Judge

mh
Copies furnished to:

*Pro Se* Plaintiff